HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
DAVID HARSHAW, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
david_harshaw@fd.org

Attorneys for Petitioner
JOSEPH T. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH T. JONES,<br><br>　　　　　Defendant. | Case No.  2:24-cr-00125-DJC<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING HEARING<br><br>Date:　December 18, 2025<br>Time:　9:00 a.m.<br>Judge:　Hon. Daniel J. Calabretta |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant Federal Defender David Harshaw, counsel for defendant, and Assistant United States Attorney Cameron Desmond, counsel for plaintiff, that the sentencing hearing regarding defendant's violations of his probation scheduled for December 18, 2025, at 9:00 a.m. be continued to January 29, 2026, at 9:00 a.m.

As reason for the continuance, Mr. Jones, the defendant, is currently completing his GED, which he has been pursuing at the Sacramento County Jail. As of just this past week, he has passed the reading module, and he requires approximately six weeks to complete the three remaining modules. The tests are given at two-week intervals.

If he is sentenced to prison on a revocation next week, he likely would be moved by the Bureau of Prisons before he could complete his studies. He still may be moved by the Marshals to another pretrial contracting correctional facility, but the longer he stays in the Sacramento County Jail, the more of the test he will be able to complete. Attaining a GED is an important milestone

for Mr. Jones.

Mr. Jones will likely not be prejudiced by the continuance, given that Probation has recommended a custodial sentence. Likewise, the government will not be prejudiced by the continuance. The government's interests, like Mr. Jones's interest, are best served by Mr. Jones emerging from this prosecution better able to be a productive citizen.

Dated: December 12, 2025                                Respectfully submitted,

                                                               HEATHER E. WILLIAMS
                                                               Federal Public Defender

                                                               */s/ David Harshaw*
                                                               DAVID HARSHAW
                                                               Assistant Federal Defender
                                                               Attorneys for Defendant
                                                               Joseph T. Jones

Dated: December 12, 2025                                ERIC GRANT
                                                               United States Attorney

                                                               */s/ Cameron Desmond*
                                                               CAMERON DESMOND
                                                               Assistant United States Attorney
                                                               Attorneys for the United States

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  December 12, 2025            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE