**FILED**

1/29/2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH T. JONES,

Defendant.

Case No.  2:24-cr-00125-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL

This is to authorize and direct you to release JOSEPH T. JONES – Case No. 2:24-cr-00125-DJC ; Charge 18 U.S.C. § 3606 – from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $

_____ Unsecured Appearance Bond $

_____ Appearance Bond with 10% Deposit

__X__ Other:  Defendant sentenced to a term of imprisonment of TIME SERVED. Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 1/29/2026 at 9:50 AM.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE